TO: 608-260-9401
Attn: CINDY

OKAY TO APPOINT
JZC 1-21-11

# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☒ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF: United States v.s. Sandra Braun

FOR / AT:

PERSON REPRESENTED (Show your full name): SANDRA LYNN BRAUN

- ☒ Defendant — Adult
- ☐ Defendant — Juvenile
- ☐ Appellant
- ☐ Probation Violator
- ☐ Parole Violator
- ☐ Habeas Petitioner
- ☐ 2255 Petitioner
- ☐ Material Witness
- ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 11-CR-11
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: 1/2010
- How much did you earn per month? $ 1,800
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession, or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
  - RECEIVED: 300    SOURCES: CHILD SUPPORT

**CASH**
- Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No   IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE: 700    DESCRIPTION: 1995 Ford Winstar

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: X SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: SON

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| House Payment | $125,000 | $800 |
| Electric | $ | $120 |
| Gas | $ | $300 |
| Phone | $ | $125 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 1-20-11

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Sandra R. Braun